UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IAN CARLOS ALEJO FERNANDEZ, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 13-11222-JLT |
| | * | |
| GARY RODEN, | * | |
| | * | |
| Respondent. | * | |

ORDER

January 29, 2014

TAURO, J.

This court ACCEPTS and ADOPTS the January 6, 2014 Report and Recommendation [#17] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that:

1. Respondent's Motion to Dismiss for Lack of Jurisdiction [#8] is ALLOWED.

2. Respondent's Motion to Substitute Proper Respondent [#10] is MOOT.

3. Petitioner's Motion for Evidentiary Hearing [#14] is MOOT.

4. This case is CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge